| | | |
|---|---|---|
| LEAH WALKER, on behalf of herself and all others similarly situated, | ) | **United States District Court**<br>**Northern District of Illinois** |
| Plaintiffs, | ) | Case No.: 1:26-cv-5042 |
| v. | ) | |
| Fair Indigo, LLC, | ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) | |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next sixty (60) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties sixty (60) days to finalize settlement.

Dated: August 19, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law