**United States District Court**
**Northern District of Illinois**

LEAH WALKER, on behalf of herself and all others similarly situated

Plaintiffs,

v.

Fair Indigo, LLC,

Defendant.

Case No.: 1:26-cv-5042

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above- captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: September 17, 2026

***/s/ Alison Chan***
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (630)-478-0856
Email: achan@ealg.law
*Attorneys for Plaintiff*

**/s/ *Scott J Helfand***
By: Scott J Helfand
Husch Blackwell LLP
120 South Riverside Plaza Suite 2200 Chicago, IL 60606-4473
T: (312) 655-1500
Email: Scott.Helfand@huschblackwell.com
*Attorneys for Defendant*